UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBDA LABS, INC., <br><br>           Plaintiff, <br><br>     v. <br><br> LAMBDA, INC., <br><br>           Defendant. | Case No.19-cv-04060-JST <br><br> **ORDER OF REFERENCE** |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to Magistrate Judge Thomas S. Hixson, with any motions to be heard and considered at the convenience of his calendar.

**IT IS SO ORDERED.**

Dated:  June 1, 2020

_____
JON S. TIGAR
United States District Judge