UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAMBDA LABS, INC.,

    Plaintiff,

v.

LAMBDA, INC.,

    Defendant.

Case No. 19-cv-04060-JST (TSH)

**DISCOVERY ORDER**

The parties' recent joint case management conference statement raised a number of discovery disputes. ECF No. 62. While the Court understands the gist of each dispute, the parties presented them at a high level and were at times speaking past each other. Accordingly, the Court held a telephonic hearing today to discuss with the parties how best to tee these issues up for resolution. During the course of the hearing, the parties identified two other issues that are ripe for resolution. This order memorializes the briefing deadlines and page limits that were set on the call:

- The joint discovery letter brief concerning the preservation of certain data sources, not to exceed five pages, is due June 16, 2020.
- The joint discovery letter brief concerning ESI custodians and what data sources to collect from, not to exceed eight pages, is due June 12, 2020.
- The joint discovery letter brief concerning the phasing of ESI discovery, not to exceed five pages, is due June 12, 2020.
- The joint discovery letter brief concerning complaints about Lambda School, not to exceed ten pages, is due June 26, 2020.
- The joint discovery letter brief concerning whether the parties' RFP responses

1   comply with Rule 34, not to exceed five pages, is due June 24, 2020.

2   **IT IS SO ORDERED.**

4   Dated: June 4, 2020

*[signature]*

THOMAS S. HIXSON
United States Magistrate Judge

2