UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBDA LABS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAMBDA, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-04060-JST   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 70 |

　　　　The parties disagree on how many document custodians there should be. This dispute is hard to resolve, though, because Lambda Labs doesn't know how many custodians it wants. It wants as custodians the individuals most responsible for handling seven different subjects, but it doesn't know if some or all of those seven individuals overlap with the five custodians Lambda School has agreed to collect from, or whether the seven overlap with each other. And the reason it doesn't know this is because Lambda School has refused to say.

　　　　This problem should have been solved during meet and confer. The Court orders Lambda School to tell Lambda Labs who those seven people are by June 17, 2020. Once that has happened, the Court expects Lambda Labs to be able to propose a specific number of custodians. By June 19, the parties shall file an updated joint discovery letter brief concerning their positions with respect to the number and identity of document custodians.

　　　　**IT IS SO ORDERED.**

Dated: June 15, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge