| | |
|---|---|
| RIMON, P.C.<br>Karineh Khachatourian (SBN 202634)<br>karinehk@rimonlaw.com<br>Nikolaus A. Woloszczuk (SBN 286633)<br>nikolaus.woloszczuk@rimonlaw.com<br>2479 E. Bayshore Road, Suite 210<br>Palo Alto, California 94303<br>Telephone: 650.461.4433<br>Facsimile: 650.461.4433<br><br>Attorneys for Defendant,<br>LAMBDA INC. | Jennifer Lee Taylor (SBN 161368)<br>JTaylor@mofo.com<br>Nicholas Herrera (SBN 301992)<br>NHerrera@mofo.com<br>Robert S. Sandoval (SBN 311032)<br>RSandoval@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff,<br>LAMBDA LABS, INC |

| | |
|---|---|
| LAMBDA LABS, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAMBDA, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-04060-JST (TSH)<br><br>**STATUS UPDATE REGARDING JUNE 24, 2020 JOINT LETTER BRIEF** |

　　　　Per the Court's June 22, 2020 Minute Order (ECF No. 77), the parties agree that a joint letter brief concerning the form of Lambda Lab's responses to Lambda Inc.'s Requests for Production is not necessary at this time.  To the extent the parties cannot resolve this dispute through further meet and confer, they will raise the issue in the future.


| | |
|---|---|
| Rimon, P.C.<br><br>By: */s/ Karineh Khachatourian*<br>Karineh Khachatourian<br>Nikolaus A. Woloszczuk<br><br>Attorneys for Defendant,<br>LAMBDA INC. | Morrison & Foerster LLP<br><br>By: */s/ Jennifer Lee Taylor*<br>Jennifer Lee Taylor<br>Nicholas Herrera<br>Robert S. Sandoval<br><br>Attorney for Plaintiff,<br>LAMBDA LABS, INC. |

## **ATTESTATION**

  I, Karineh Khachatourian, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Nicholas Herrera concurred in the filing of this document.

                     */s/ Karineh Khachatourian*
                     Karineh Khachatourian