# <u>Exhibit 1</u>

Lambda Labs' Second Set of Requests for Production to Lambda School
(dated 5/13/2020)

1   JENNIFER LEE TAYLOR (CA SBN 161368)
    JTaylor@mofo.com
2   NICHOLAS HERRERA (CA SBN 301992)
    NHerrera@mofo.com
3   ROBERT S. SANDOVAL (CA SBN 311032)
    RSandoval@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   *Attorneys for Plaintiff*
    LAMBDA LABS, INC.

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13   LAMBDA LABS, INC.,                  Case No.    4:19-cv-04060-JST

14              Plaintiff,               **LAMBDA LABS, INC.'S SECOND
                                         SET OF REQUESTS FOR
15       v.                              PRODUCTION OF DOCUMENTS
                                         AND THINGS TO DEFENDANT
16   LAMBDA, INC.,                       LAMBDA, INC.**

17              Defendant.

18

19   PROPOUNDING PARTY      Plaintiff Lambda Labs, Inc.

20   RESPONDING PARTY       Defendant Lambda, Inc.

21   SET NUMBER             Two

22

23

24

25

26

27

28

1    Under Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Lambda Labs, Inc.

2    ("Lambda") requests that Defendant Lambda, Inc. ("Lambda School") produce the following

3    documents within thirty (30) days.

4                                    **DEFINITIONS**

5    As used herein, the following terms shall have the following meanings:

6        A.    "Lambda School," "You," or "Your" means Lambda, Inc., including all

7    predecessors, subsidiaries, and affiliates, and all past or present directors, officers, agents,

8    representatives, employees, consultants, attorneys, and others acting on its behalf.

9        B.    "Lambda" means Lambda Labs, Inc.

10       C.    "Relating to" means referring to, pertaining to, relevant to, material to,

11   evidencing, affecting, comprising, discussing, dealing with, considering, or otherwise concerning

12   in any manner whatsoever the subject matter of the inquiry.

13       D.    "Person" or "Persons" means both natural persons and legal entities, including,

14   without limitation, corporations, companies, firms, partnerships, joint ventures, proprietorships,

15   associations, and governmental bodies or agencies.  Unless noted otherwise, all references to any

16   person, entity, or party herein include its, his, or her agents, attorneys, employees, officers,

17   directors, or others acting on behalf of said person, entity, or party.

18       E.    "Documents" means the original and all non-identical copies (including drafts and

19   those with any notations) of all "documents," "writings," "recordings," and "photographs" of the

20   types designated in Rule 34(a) of the Federal Rules of Civil Procedure and Rule 1001 of the

21   Federal Rules of Evidence, and includes materials in digital forms.

22       F.    "Communication" means any contact, oral or documentary, formal or informal, at

23   any time or place and under any circumstances whatsoever whereby information of any nature is

24   transmitted or transferred, including, but not limited to, a single person seeing or hearing any

25   information by any means.

26       G.    "Identify" means the following:

27          1)    with reference to an individual or individuals, it means to state, fully and

28   separately as to each, such individual's full name, any known business title, current or last known

1    business affiliation, current or last known residential address, current or last known business

2    address, current or last known relationship to You, and current or last known telephone number.

3          2)      with reference to an entity or entities, it means to state, fully and separately

4    as to each, such entity's full name, state (or country) of incorporation or organization, present or

5    last known address, and present or last known telephone number.

6          3)      with reference to any Document or Documents, it means to describe each

7    Document by Bates number. In the event that a Document does not have a Bates number,

8    "Identify" means to provide a complete description of it such that it may be the subject of a

9    request for the production of documents, including by stating the date, identity of the author,

10   addressee(s), signatories, parties, or other Persons identified therein, its present location or

11   custodian, and a description of its contents.

12         4)      with reference to a Communication or Communications, it means to

13   describe the date and time of the Communication, the contents of the Communications, the

14   circumstances that prompted the Communication, any subsequent action that resulted from the

15   Communication, all Persons involved in each such Communication, and all Documents referring

16   or relating to each such Communication.

17         5)      with reference to facts, provide the evidentiary basis for the fact, including,

18   if a document, the specific information required by 3) above, and if a person, the specific

19   information required by 1) above.

20   H.      "Date" means the exact day of the month, the month, and the year.  If only the

21   approximate date is known or available, please state the approximate date, indicating that it is

22   approximate only.

23   I.      "All" and "Any" shall each be construed as encompassing any and all.

24   J.      "And" and "Or" shall be construed either disjunctively or conjunctively as

25   necessary to bring within the scope of the discovery request all responses that might otherwise be

26   construed to be outside of its scope.

27                                 **INSTRUCTIONS**

28   1.      Please produce all Documents known to, available to, or within Your possession,

1    custody, or control, wherever located.

2         2.      To the extent that You withhold any Documents based on a privilege claim, please

3    provide a privilege log compliant with the requirements of Rule 26 of the Federal Rules of Civil

4    Procedure.

5         3.      If Documents that fall within the scope of a document request were lost or

6    destroyed, please: (i) describe the Documents (type, subject matter, etc.) that have been lost or

7    destroyed; and (ii) explain the circumstances relating to the loss or destruction of such

8    Documents.

9         4.      If You have no Documents that fall within the scope of a request, please so state in

10   Your written responses to the requests.

11        5.      If You object to all or any portion of a particular document request, please: (i)

12   produce all Documents within the scope of request to which You do not object; and (ii) confirm

13   whether—and to what extent—Lambda School has limited its search for or production of

14   documents as a result of its objection(s).

15                          **REQUESTS FOR PRODUCTION**

16   **REQUEST NO. 55:**

17        All documents and communications relating to the Business Insider article titled "Lambda

18   School is Silicon Valley's big bet on reinventing education and making student debt obsolete.

19   But students say it's a 'cult' and they would have been better off learning on their own," dated

20   October 11, 2019.  *See* https://www.businessinsider.com/lambda-school-coding-bootcamp-y-

21   combinator-cult-2019-10.

22   **REQUEST NO. 56:**

23        All documents and communications relating to the Information article titled "Lambda

24   School's Growing Pains: Big Buzz, Student Complaints," dated January 23, 2020.  *See*

25   https://www.theinformation.com/articles/lambda-schools-growing-pains-big-buzz-student-

26   complaints.

27   **REQUEST NO. 57:**

28        All documents and communications relating to the Verge article titled "The High Cost of

1    A Free Coding Bootcamp," dated February 11, 2020.  *See*

2    https://www.theverge.com/2020/2/11/21131848/lambda-school-codingbootcamp-isa-tuition-cost-

3    free.

4    **REQUEST NO. 58:**

5          All documents and communications relating to the Business Insider article titled "Lambda

6    School, a buzzy online coding bootcamp backed by big Silicon Valley names, could be placing

7    far fewer graduates in jobs than it says," dated February 19, 2020.  *See*

8    https://www.businessinsider.com/lambda-school-graduation-placement-rate-2020-2.

9    **REQUEST NO. 59:**

10         All documents and communications relating to the New York Magazine article titled

11   "Lambda School's Misleading Promises," dated February 19, 2020.  *See*

12   https://nymag.com/intelligencer/2020/02/lambda-schools-job-placement-rate-is-lower-than-

13   claimed.html.

14   **REQUEST NO. 60:**

15         All documents and communications relating to the interview of Austen Allred referenced

16   in the New York Magazine article "Lambda School's Misleading Promises," dated February 19,

17   2020.  *See* https://nymag.com/intelligencer/2020/02/lambda-schools-job-placement-rate-is-lower-

18   than-claimed.html.

19   **REQUEST NO. 61:**

20         All versions, including drafts, of the May 2019 investment memorandum titled "Human

21   Capital: The Last Unoptimized Asset Class."

22   **REQUEST NO. 62:**

23         All documents and communications concerning the May 2019 investment memorandum

24   titled "Human Capital: The Last Unoptimized Asset Class."

25   **REQUEST NO. 63:**

26         All documents and communications concerning any arrangements between Lambda

27   School and investors relating to income sharing agreements.

28

1    **REQUEST NO. 64:**

2        All contracts or written agreements between Lambda School and investors relating to

3    income sharing agreements.

4    **REQUEST NO. 65:**

5        All communications with Edly.

6    **REQUEST NO. 66:**

7        All documents and communications concerning feedback or complaints from Lambda

8    School employees, Team Leads, or contractors regarding Lambda School.

9    **REQUEST NO. 67:**

10       All documents and communications concerning feedback or complaints from students or

11   graduates regarding Lambda School.

12   **REQUEST NO. 68:**

13       All documents and communications relating to any students who have withdrawn from

14   Lambda School and their reasons for doing so.

15   **REQUEST NO. 69:**

16       All documents and communications concerning the Twitter account @LambdaScam.

17   **REQUEST NO. 70:**

18       All documents and communications concerning any requests by students to cancel their

19   income sharing agreements.

20   **REQUEST NO. 71:**

21       All documents and communications concerning any efforts by Lambda School students to

22   organize.

23   **REQUEST NO. 72:**

24       All documents and communications concerning Bethany Surber.

25   **REQUEST NO. 73:**

26       All documents and communications concerning Tyler Nishida.

27   **REQUEST NO. 74:**

28       All documents and communications concerning Antonio Melendez.

1  **REQUEST NO. 75:**

2      All documents and communications concerning Lambda School's accreditation status or

3  lack thereof.

4  **REQUEST NO. 76:**

5      All communications with the California Bureau for Private Postsecondary Education

6  ("BPPE").

7  **REQUEST NO. 77:**

8      All documents and communications concerning any audits, potential audits, or requests to

9  audit Lambda School concerning its student outcome or employment statistics.

10  **REQUEST NO. 78:**

11      All communications with the Council on Integrity in Results Reporting ("CIRR").

12  **REQUEST NO. 79:**

13      All versions, including drafts, of any reports or information submitted to the Council on

14  Integrity in Results Reporting.

15  **REQUEST NO. 80:**

16      All documents and communications concerning Lambda School's decision to cease

17  participation in the Council on Integrity in Results Reporting's reporting system.

18  **REQUEST NO. 81:**

19      Documents sufficient to identify all employers of Lambda School graduates or former

20  students.

21  **REQUEST NO. 82:**

22      All documents and communications concerning "hiring partnerships," as that term is used

23  in the Lambda School Outcomes Report, H1 2019 Cohorts, Released Q1 2020, with employers or

24  potential employers of Lambda School students or graduates.

25  **REQUEST NO. 83:**

26      All communications with all entities with which Lambda School has a hiring partnership

27  or has pursued a potential hiring partnership.

28

1   **REQUEST NO. 84:**

2        All documents and communications concerning any representations by Lambda School

3   regarding its student outcome or employment statistics.

4   **REQUEST NO. 85:**

5        All documents and communications concerning the calculation of Lambda School's

6   student outcome or employment statistics.

7   **REQUEST NO. 86:**

8        All documents and communications concerning collection or verification of student

9   placement information, including but not limited to all communications with Lambda School

10  students or former students to collect or verify employment status, salary, or related information.

11  **REQUEST NO. 87:**

12       All versions, including drafts, of any reports regarding outcomes or employment for

13  Lambda School students or graduates.

14  **REQUEST NO. 88:**

15       All versions, including drafts, of the Lambda School CIRR Outcomes Report, H1 2018.

16  **REQUEST NO. 89:**

17       All documents and communications concerning the methodology used to produce the

18  Lambda School CIRR Outcomes Report, H1 2018.

19  **REQUEST NO. 90:**

20       All documents and communications concerning the calculation of the statistics presented

21  in the Lambda School CIRR Outcomes Report, H1 2018, including but not limited to all

22  information and raw data used in those calculations.

23  **REQUEST NO. 91:**

24       All versions, including drafts, of the Lambda School Outcomes Report, H1 2019 Cohorts,

25  Released Q1 2020.

26  **REQUEST NO. 92:**

27       All documents and communications concerning the methodology used to produce the

28  Lambda School Outcomes Report, H1 2019 Cohorts, Released Q1 2020.

**REQUEST NO. 93:**

All documents and communications concerning the calculation of the statistics presented in the Lambda School Outcomes Report, H1 2019 Cohorts, Released Q1 2020, including but not limited to all information and raw data used in those calculations.

**REQUEST NO. 94:**

Documents sufficient to identify the job titles and full time/part employment time status of all students or graduates included in the Lambda School Outcomes Report, H1 2019 Cohorts, Released Q1 2020.

**REQUEST NO. 95:**

Documents sufficient to identify the ninety-eight students who withdrew from Lambda School discussed in the Lambda School Outcomes Report, H1 2019 Cohorts, Released Q1 2020.

**REQUEST NO. 96:**

Documents sufficient to identify the twenty-nine graduates for whom Lambda School was "unable to contact to verify placement data" discussed in the Lambda School Outcomes Report, H1 2019 Cohorts, Released Q1 2020.

**REQUEST NO. 97:**

Documents sufficient to identify the fifty-four "graduates who are still searching for their next job" discussed in the Lambda School Outcomes Report, H1 2019 Cohorts, Released Q1 2020.

**REQUEST NO. 98:**

All communications with Divvy.

**REQUEST NO. 99:**

All contracts or written agreements between Lambda School and Divvy.

**REQUEST NO. 100:**

All documents and communications concerning placement of Lambda School students or graduates with Divvy.

**REQUEST NO. 101:**

Documents sufficient to identify the number of Lambda School students with prior

1  computer science degrees.

2  **REQUEST NO. 102:**

3      All documents and communications concerning the Lambda School program known as

4  "Lambda Labs."

5  **REQUEST NO. 103:**

6      Documents sufficient to identify all channels in the Lambda School Slack platform.

7

8

9

Dated:        May 13, 2020        JENNIFER LEE TAYLOR
10                                NICHOLAS HERRERA
                                  ROBERT S. SANDOVAL
11                                MORRISON & FOERSTER LLP

12

13                                By:    _/s/ Jennifer Lee Taylor_
                                         JENNIFER LEE TAYLOR
14
                                         Attorneys for Plaintiff
15                                       LAMBDA LABS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California, 94105.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on May 13, 2020 I served a copy of:

**LAMBDA LABS, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT LAMBDA, INC.**

☐   **BY U.S. MAIL:**  by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California, 94105 in accordance with Morrison & Foerster LLP's ordinary business practices.

☐   **BY OVERNIGHT DELIVERY:**  by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 425 Market Street, San Francisco, California 94105 in accordance with Morrison & Foerster LLP's ordinary business practices.

☐   **BY PERSONAL SERVICE:**  by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

☒   **BY ELECTRONIC SERVICE:**  by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the email address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6 and CRC Rule 2.251.

Karineh Khachatourian
Nikolaus A. Woloszczuk
Rimon, P.C.
2479 E. Bayshore Road, Suite 210
Palo Alto, California 94303
*karinehk@rimonlaw.com*
*nikolaus.woloszczuk@rimonlaw.com*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 13, 2020, at San Francisco, California.

| Nicholas T. Herrera | */s/ Nicholas T. Herrera* |
|---|---|
| (typed) | (signature) |

Lambda Labs, Inc.'s First Set of RFPs to Lambda, Inc.
Case No. 4:19-cv-04060-JST
sf-4231992

11