RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karinehk@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
Soyeon Jeong (SBN 325688)
soyeon.jeong@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, California 94303
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Defendant,
LAMBDA INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAMBDA LABS, INC., | Case No. 4:19-cv-04060-JST (TSH) |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| LAMBDA, INC., | |
| Defendant. | The Hon. Jon S. Tigar |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Soyeon Jeong of Rimon, P.C., hereby enters her appearance as counsel of record for Defendant, LAMBDA INC., in the above-captioned case. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Soyeon Jeong
> RIMON, P.C.
> 2479 E. Bayshore Road, Suite 210
> Palo Alto, California 94303
> Telephone: 650.461.4433
> Facsimile: 650.461.4433
> soyeon.jeong@rimonlaw.com

The above-mentioned person certifies that she is admitted to practice before this court.

Dated:  August 5, 2020                           RIMON, P.C.


                                        By: /s/ *Soyeon Jeong*
                                            Soyeon Jeong
                                            Karineh Khachatourian
                                            Nikolaus A. Woloszczuk

                                            Attorneys for Defendant,
                                            LAMBDA INC.