UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBDA LABS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> LAMBDA, INC., <br><br>  Defendant. | Case No. 19-cv-04060-JST   (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 119, 122, 124 |

The parties have filed a joint discovery letter brief concerning School's privilege log. ECF No. 119. School has since served an amended privilege log. ECF No. 122. If the amended log does not resolve all of Labs' concerns, the parties shall file another joint discovery letter brief regarding those concerns.

Separately, the Court orders School to file its half of the discovery letter brief responding to ECF No. 124 by February 3, 2021.

**IT IS SO ORDERED.**

Dated: February 1, 2021

THOMAS S. HIXSON
United States Magistrate Judge