

February 2, 2021

**VIA CM/ECF**

The Honorable Thomas S. Hixson
United States District Court for the Northern
District of California
Courtroom G – 15th Floor
450 Golden Gate Avenue,
San Francisco, CA 94102

Re:   *Lambda Labs, Inc. v. Lambda Inc.*, Case No. 4:19-cv-04060-JST

Dear Judge Hixson:

      Defendant Lambda School ("School") respectfully requests clarification of your Honor's order at ECF No. 125. In that order, the Court requested that the parties file another joint letter brief if School's amended privilege log (filed at ECF No. 122) did not resolve Plaintiff Lambda Labs ("Labs") concerns, as listed at ECF No. 119. Also included in the letter brief at ECF No. 119, however, was School's identification of deficiencies with Labs' privilege log, and School's request that Labs be compelled to serve an amended privilege log on a date certain. To date, Labs has not served an amended privilege log or provided a date certain on when it will do so. Given that the fact discovery cut-off is February 26, 2021, School respectfully requests guidance from your Honor on whether the Court intends to hold a hearing or rule on that issue based on the parties' briefing in ECF No. 119, or if the parties should submit a separate letter brief on School's cross-motion to compel.

                                             Respectfully submitted,

                                             RIMON, P.C.

                                             By:  */s/Karineh Khachatourian*
                                                   Karineh Khachatourian

                                             Attorneys for Defendant,
                                             Lambda Inc.