UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBDA LABS, INC., <br> Plaintiff, <br> v. <br> LAMBDA, INC., <br> Defendant. | Case No. 19-cv-04060-JST (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 126 |

In response to ECF No. 126, the Court clarifies that if School wants to challenge Labs' privilege log, the parties should file a joint discovery letter brief on that dispute. Cross-moving in response to the other side's discovery motion, which is what School did in ECF No. 119, is not effective to raise a discovery dispute with the Court because it results in the issue being briefed by only one side, which is what happened in ECF No. 119.

**IT IS SO ORDERED.**

Dated: February 3, 2021

THOMAS S. HIXSON
United States Magistrate Judge