UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAMBDA LABS, INC.,

        Plaintiff,

    v.

LAMBDA, INC.,

        Defendant.

Case No.  19-cv-04060-JST   (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 129, 130, 132

The Court reconsiders its order at ECF No. 129 and vacates it.  The parties' briefs at ECF Nos. 130 and 132 make clear that the dispute over the amount of discovery concerning the Red Lambda marks that is proportional to the needs of the case is not ripe for the Court's review. Lambda Labs proposes that the parties meet and confer to identify the outstanding requests that pertain to ownership issues and report back to the Court regarding their progress.  That makes sense.  The Court orders the parties to so meet and confer and to file a joint status report, not to exceed five pages, by February 18, 2021.

        **IT IS SO ORDERED.**

Dated: February 16, 2021

THOMAS S. HIXSON
United States Magistrate Judge