UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBDA LABS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>LAMBDA, INC.,<br><br>    Defendant. | Case No. 19-cv-04060-JST   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 168 |

At the hearing this morning, the parties agreed that the joint discovery letter brief at ECF No. 168 is now moot. Accordingly, the Court denies it.

**IT IS SO ORDERED.**

Dated: March 4, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge