UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBDA LABS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAMBDA, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-04060-JST   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 191, 193, 195 |

　　　Lambda Labs has filed a unilateral discovery letter brief concerning Lambda School's Lambda Studios and Lambda Fellows program. ECF No. 193. School has filed a response stating that this discovery dispute is moot. ECF No. 195. The Court orders the parties to file a joint discovery letter brief by March 15, 2021 stating whether that dispute is moot, and if it is not, what aspects of that dispute remain live.

　　　Separately, Labs has filed a unilateral discovery letter brief concerning School's financial information. ECF No. 191. The Court orders School to file a response by March 12, 2021.

　　　**IT IS SO ORDERED.**

Dated: March 10, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge