RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karinehk@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
Oren J. Torten (SBN 332720)
oren.torten@rimonlaw.com
2445 Faber Place, Suite 250
Palo Alto, California 94303
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Defendant,
LAMBDA INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAMBDA LABS, INC. <br><br> Plaintiff, <br><br> v. <br><br> LAMBDA, INC., <br><br> Defendant. | Case No. 19-cv-04060-JST (TSH) <br><br> **LAMBDA SCHOOL'S NOTICE REGARDING ECF NO. 199 DISCOVERY ORDER RE STUDIOS AND FELLOWS PROGRAMS** |

As of the filing of this Notice, Lambda School has not received Lambda Labs, Inc.'s ("Labs") portion of the Court ordered joint letter brief.  Lambda School suggested the parties seek a one day extension so that Labs could identify what issues remain live and to provide Lambda School a sufficient amount of time to respond to any outstanding items.  Lambda Labs did not respond to the extension suggestion.  Lambda School will respond to Lambda Labs brief within two business days or less once it receives Lambda Labs filing.

Date: March 15, 2021                                              Respectfully Submitted,

                                                                         Rimon, P.C.

                                                                         By: */s/ Karineh Khachatourian*
                                                                         Karineh Khachatourian
                                                                         Nikolaus A. Woloszczuk
                                                                         Oren J. Torten

                                                                         Attorneys for Defendant,
                                                                         LAMBDA INC.