UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBDA LABS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAMBDA, INC.,<br><br>　　　　　　Defendant. | Case No. 19-cv-04060-JST   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 191, 200 |

　　　Lambda Labs has filed a unilateral discovery letter brief at ECF No. 191 concerning Lambda School's financial information. School filed a response at ECF No. 200 contending that this dispute is moot. The Court orders the parties to meet and confer and by March 22, 2021 to file either a joint statement that this dispute is moot or a joint discovery letter brief explaining the aspects of this dispute that are not moot.

　　　**IT IS SO ORDERED.**

Dated: March 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge