FILED

Mar 26 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBDA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAMBDA, INC., <br><br> Defendant. | Case No. 19-cv-04060-JST   (TSH) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. Nos. 212, 216 |

Despite the Court's orders, the parties are not filing joint discovery letter briefs. This leaves the Court once again in the frustrating position of not being able to tell what is genuinely in dispute concerning Labs' motion to compel with respect to School's financial information. The Court can see that RFPs 64 and 172 are in dispute. For all the other RFPs, the Court orders Labs to file a letter brief by 9:00 a.m. on March 29, 2020 stating what RFPs are in dispute so that the Court may have this information in advance of the 11:30 a.m. hearing in this matter.

**IT IS SO ORDERED.**

Dated:   March 26, 2021

THOMAS S. HIXSON
United States Magistrate Judge