UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBDA LABS, INC., | Case No. 19-cv-04060-JST |
| Plaintiff, | |
| v. | **AMENDED SCHEDULING ORDER** |
| LAMBDA, INC., | |
| Defendant. | |

On the Court's own motion, and to facilitate the parties' currently ongoing settlement discussions, the Court hereby sets the following amended case deadlines:

| Event | Amended Deadline |
|---|---|
| Expert discovery cut-off | June 30, 2021 |
| Deadline to file dispositive motions | August 25, 2021 |
| Pretrial conference statement due | December 10, 2021 |
| Pretrial conference | December 17, 2021 at 2:00 p.m. |
| Trial | January 10, 2022 at 8:00 a.m. |

**IT IS SO ORDERED.**

Dated: May 20, 2021



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California