| | |
|---|---|
| JENNIFER LEE TAYLOR (CA SBN 161368)<br>JTaylor@mofo.com<br>JOYCE LIOU (CA SBN 277720)<br>JLiou@mofo.com<br>NICHOLAS HERRERA (CA SBN 301992)<br>NHerrera@mofo.com<br>RYAN ROMAIN (CA SBN 319603)<br>RRomain@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff<br>LAMBDA LABS, INC. | DENNIS L. WILSON<br>dwilson@kilpatricktownsend.com<br>KOLLIN J. ZIMMERMANN<br>kzimmermann@kilpatricktownsend.com<br>KILPATRICK TOWNSEND &<br>STOCKTON LLP<br>1801 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: 310.248.3830<br>Facsimile: 310.860.0363<br><br>Attorneys for Defendant<br>LAMBDA, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAMBDA LABS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>LAMBDA, INC.,<br><br>    Defendant. | Case No. 4:19-cv-04060-JST (TSH)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) and 41(c)**<br><br>The Hon. Jon S. Tigar |

1  IT IS STIPULATED AND AGREED, by and between Plaintiff and Counterdefendant Lambda Labs, Inc. ("Lambda") and Defendant and Counterclaimant Lambda, Inc. ("Lambda School"), by and through their respective undersigned counsel, as follows:

Lambda's claims against Lambda School shall be dismissed in their entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Lambda School's claims against Lambda shall be dismissed in their entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c).

Dated: July 1, 2021

MORRISON & FOERSTER LLP

By: */s/ Jennifer Lee Taylor*
JENNIFER LEE TAYLOR
JOYCE LIOU
NICHOLAS HERRERA
RYAN ROMAIN

Attorneys for Plaintiff and Counterdefendant
LAMBDA LABS, INC.

Dated: July 1, 2021

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Kollin J. Zimmermann*
DENNIS L. WILSON
KOLLIN J. ZIMMERMANN

Attorneys for Defendant and Counterclaimant
LAMBDA, INC.

**ECF ATTESTATION**

I, Jennifer Lee Taylor, am the ECF user whose ID and password are being used to file the foregoing Joint Stipulation Regarding Dismissal. I hereby attest that Kollin J. Zimmermann has concurred in this filing.

Dated:     July 1, 2021                    MORRISON & FOERSTER LLP

                                           By:   /s/ Jennifer Lee Taylor
                                                 JENNIFER LEE TAYLOR